In the Matter of DIOR POLO G., an Infant. CARRIE D. TILLMAN, Appellant; RONALD ROSSI et al., Respondents.

Submitted October 13, 2015; decided November 24, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.